AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**RECEIVED**

# UNITED STATES DISTRICT COURT
for the

NOV 0 8 2023

U.S. DISTRICT COURT
DISTRICT OF R.I.

David Lasseque
_Petitioner_

v.                                       Case No. _____
                                         _(Supplied by Clerk of Court)_

"BOP" Houston Wyatt Detention Facility et al.
_Respondent_
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1. (a) Your full name: David Lasseque
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: Wyatt Detention Facility / Wyatt Detention Facility
   (b) Address: P.O. Box 247, Phoenix, MD 21131 / 950 High St, Central Falls
   (c) Your identification number: 09210-070 / Booking # 2036963

3. Are you currently being held on orders by:
   ☑ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: U.S District Court for the District of Rhode Island
   (b) Docket number of criminal case: 1:13cr-00111-02S
   (c) Date of sentencing: September 25, 2014.
   ☐ Being held on an immigration charge
   ☐ Other _(explain)_: _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☒ Disciplinary proceedings
☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
    (a) Name and location of the agency or court: Houston House
    
    (b) Docket number, case number, or opinion number: 1:13-cr-00111-023
    (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed):
    _____
    
    (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
    Did you appeal the decision, file a grievance, or seek an administrative remedy?
    ☐ Yes      ☒ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: _____
        
    (b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
    After the first appeal, did you file a second appeal to a higher authority, agency, or court?
    ☐ Yes      ☒ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____
_____
    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____
_____
_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a second appeal: _____
_____

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes      ☒ No

(a) If "Yes," provide:
    (1) Name of the authority, agency, or court: _____
_____
    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____
_____
_____
_____
_____
_____

(b) If you answered "No," explain why you did not file a third appeal: _____
_____

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes      ☒ No

If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes      ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

 (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
   ☐ Yes  ☒ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

 (c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**
  Does this case concern immigration proceedings?
  ☐ Yes  ☒ No
   If "Yes," provide:
 (a) Date you were taken into immigration custody: _____
 (b) Date of the removal or reinstatement order: _____
 (c) Did you file an appeal with the Board of Immigration Appeals?
   ☐ Yes  ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☒ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** The Bureau of Prisons miscalculated my sentence and failed to properly award good time credits) for "FSA"

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The Bureau of Prisons is making petitioner, Lasseque serve a sentence beyond his Maximum sentence that should have been Max out on 03/14/2023. The "BOP" is alleging that Lasseque served a one year sentence in the state of RI, by Judge Carnes, on september 6, 2013. Wich is false because on 1/31/2014 Lasseque put in a motion to Judge Necburne, and the Motion was Granted.

(b) Did you present Ground One in all appeals that were available to you?
☒ Yes    ☐ No

**GROUND TWO:** Petitioner Lasseque called Judge Carnes Secretary and explained the situation, that the "BOP" is illegally holding Lasseque against his will, stating that Judge Carnes sentenced Lasseque to one year imprison. Judge Carnes Secretary, look up Case # P3-2010-1046A and then told

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Mr. Lasseque, that he is not serving a sentence because of Judge, For one Lasseque's case was sentence as time served on September 6, 2013. and Than Lasseque put in a Motion to Judge Necburne, to corrected his sentence on 01/31/2014. And Majestrate, Judge Necburne, agreeded with David Lasseque, That Judge Carne Sentence Lasseque as time served and Granted David Lasseque Motion,

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
_____

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☒ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: I would like the Court to grant me credit for full time served in prison, and Monetary Relief for my pain & suffering, and Emotional Distress & Anxiety.

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

10/06/2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 10/6/23

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any